# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**ANTHONY LEE**                                                                  **PLAINTIFF**

**V.**                        **CIVIL ACTION NO. 1:06CV115 LTS-JMW**

**STATE FARM FIRE AND CASUALTY COMPANY;**
**DAVID STANDLOVCH and**
**CROWLEY LINER SERVICES, INC.**                  **DEFENDANTS**

## ORDER OF REMAND

In accordance with the opinion I have this day signed, it is

**ORDERED**

That the plaintiff's motion to remand [7] is hereby **GRANTED**;

That the defendants' motion for an extension of time to file response/reply [9] is hereby **GRANTED**;

That the plaintiff's demand for an award of costs is hereby **DENIED**;

The defendants' motion to stay the deadline to respond to the complaint [13] is hereby **GRANTED** and defendants are allowed twenty days from the date of this order within which to respond to the complaint;

That the defendant's motion to strike [17] the defendants' motion [15] for an extension of time to file response/reply to the motion to remand on the grounds that this motion was erroneously docketed is hereby **GRANTED** and this erroneously filed motion is hereby **STRICKEN**;

That this action is hereby remanded to the Circuit Court of Hancock County.

That the clerk of court shall take the steps necessary to return this case to the court from which it was removed.

**SO ORDERED** this 26th day of July, 2006.

            s/ L. T. Senter, Jr.

            L. T. Senter, Jr.
            Senior Judge